IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-40025
Conference Calendar

WILLIAM S. KELLEY,

Plaintiff-Appellant,

versus

D. HANDORF, T.D. CROW,
N.W. MOORE, J. GROOM, and W. SCOTT,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:93cv250
- - - - - - - - - -
August 20, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges

PER CURIAM:*

William Steed Kelley, #457296, appeals the summary judgment
upholding strip searches in nonsecluded areas of prisoners
classified as assaultive.  Such searches are reasonably related
to the legitimate penological interest in security.  See Hay v.
Waldron, 834 F.2d 481 (5th Cir. 1987).

---

* Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Nor did the district court err in acknowledging Kelley's history of violence and misconduct. Kelley's classification as assaultive, and the reasons therefor, were not disputed facts. Kelley complains of the treatment of inmates classified as assaultive, not of the criterion for being so classified. The argument lacks merit.

AFFIRMED.